### FORM 1 VOLUNTARY PETITION

| **United States Bankruptcy Court** | **VOLUNTARY PETITION** |
|---|---|
| **District of** | |

| IN RE (Name of debtor-If individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| Mathis, Patricia A | Mathis, Ronald E |
| ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, maiden and trade names) |

| SOC. SEC./TAX I.D. NO. (If more than one, state all) | SOC. SEC./TAX I.D. NO.(If more than one, state all) |
|---|---|
| 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 | 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 |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
|---|---|
| 1396 Lilac Lane<br>Addison, IL. 60101 | 1396 Lilac Lane<br>Addison, Il. 60101 |

| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
|---|---|
| DuPage | DuPage |

| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
|---|---|

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | ☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |
|---|---|

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| TYPE OF DEBTOR | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|
| ☐ Individual    ☐ Corporation Publicly Held<br>☒ Joint (H&W)    ☐ Corporation Not Publicly Held<br>☐ Partnership    ☐ Municipality<br>☐ Other _____ | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12    ☐ § 304-Case Ancillary to Foreign Proceeding |
| NATURE OF DEBT<br>☐ Non-Business Consumer    ☐ Business - Complete A&B below | FILING FEE (Check one box)<br>☐ Filing fee attached.<br>☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). see Offical Form No.3 |
| A. TYPE OF BUSINESS (check one box)<br>☐ Farming    ☐ Transportation    ☐ Commodity Broker<br>☐ Professional    ☐ Manufacturing/ Mining    ☐ Construction<br>☐ Retail/Wholesale    ☐ Real Estate<br>☐ Railroad    ☐ Stockbroker    ☐ Other Business | NAME AND ADDRESS OF LAW FIRM OR ATTORNEY<br>John Steven Cole & Assoc., Attys. & Counselors,P.C.<br>100 S. York Street, Suite 220<br>Elmhurst, Illinois 60126<br>Telephone No.: 630-834-4740 |
| B. BRIEFLY DESCRIBE NATURE OF BUSINESS | NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR<br>John Steven Cole, Esq.<br>☐ Debtor is not represented by an attorney |

| STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)<br>(Estimates only) (Check applicable boxes) | THIS SPACE FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditor.<br>☒ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | **U.S. Bankruptcy Court**<br>**Northern District Of Illinois**<br>Filed: 07/07/2004<br>Time: 9:08:55<br>Debtor: PATRICIA A MATHIS<br>Case: 04-25224    Fee : 209<br>Chapter: 7 Rec. # : 3089418<br>Judge: John Squires<br>341 mtg: 08/24/2004 @ 03:30PM<br>Trustee: DAVID BROWN |

| ESTIMATED NUMBER OF CREDITORS | | | | | |
|---|---|---|---|---|---|
| ☐ 1-15 | ☒ 16-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1000-over |

| ESTIMATED ASSETS (in thousands of dollars) | | | | | over |
|---|---|---|---|---|---|
| ☐ Under 50 | ☐ 50-99 | ☐ 100-499 | ☒ 500-999 | ☐ 1000-9999 | ☐ 10,000-99,000 | ☐ 100,000 |

| ESTIMATED LIABILITIES (in thousands of dollars) | | | | | over |
|---|---|---|---|---|---|
| ☐ Under 50 | ☐ 50-99 | ☐ 100-499 | ☒ 500-999 | ☐ 1000-9999 | ☐ 10,000-99,000 | ☐ 100,000 |

| ESTIMATED NUMBER OF EMPLOYEES -CH 11 & 12 ONLY | | | |
|---|---|---|---|
| ☐ 0 | ☐ 1-19 | ☐ 20-99 | ☐ 100-999 | ☐ 1000-ov |

| ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY | | | |
|---|---|---|---|
| ☐ 0 | ☐ 1-19 | ☐ 20-99 | ☐ 100-499 | ☐ 500-ove |

1:04BK25224-BK001


Name of Debtor_____Ronald and Patricia Mathis____ Case No. _____

(Court use only)

## FILING OF PLAN

For Chapter 9, 11,12 and13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.  ☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| | | |

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

## REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

X _John Stevenlobe_____ Date _7-6-2004_
Signature

| INDIVIDUAL /JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized. |
| X _Patricia Mathis_____ <br> Signature of Debtor <br> Date | X _____ <br> Signature of Authorized Individual <br><br> _____ <br> Print or Type Name of Authorized Individual |
| X _Ronald E. Mathis_____ <br> Signature of Joint Debtor <br> Date | _____ <br> Title of Individual Authorized by Debtor to File this Petition <br> Date |

### EXHIBIT "A" (To be completed if debtor is a corporation requesting relief under chapter 11.)

☐ Exhibit "A" is attached and made a part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _____ Date _____
Signature of Debtor

X _____ Date _____
Signature of Joint Debtor

### EXHIBIT "B" (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they ) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _John Stevenlobe_____ Date _7-6-2004_
Signature of Attorney

Form B6 (6-90)

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF

In re:    Mathis, Patricia A.
          Mathis, Ronald E.

Debtor(s)                    Case No.                    (If Known)

See summary below for the list of schedules.  Include Unsworn Declaration under Penalty of Perjury at the end.

GENERAL INSTRUCTIONS: Schedules D, E and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once.  A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only.  Do not list the same claim twice.  If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes No) | Number of sheets | Amounts Scheduled | | |
|---|---|---|---|---|---|
| | | | Assets | Liabilities | Other |
| A - Real Property | | | 663,000.00 | | |
| B - Personal Property | | | 26,650.00 | | |
| C - Property Claimed as Exempt | | | | | |
| D - Creditors Holding Secured Claims | | | | 628,338.51 | |
| E - Creditors Holding Unsecured Priority Claims | | | | -0- | |
| F - Creditors Holding Unsecured Nonpriority Claims | | | | 182,512.08 | |
| G - Executory Contracts and Unexpired Leases | | | | | |
| H - Codebtors | | | | | |
| I - Current Income of Individual Debtor(s) | | | | | 10,000.00 |
| J - Current Expenditures of Individual Debtor(s) | | | | | 8,866.00 |
| Total Number of Sheets of All Schedules | | | | | |
| Total Assets | | | 689,650 | | |
| Total Liabilities | | | | 810,850.59 | |

e:  Mathis, Patricia A.
    Mathis, Ronald E.                              Debtor(s)        Case No.                    (if known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 1396 Lilac Lane, Addison, IL. | fee simple | W | $460,000.00 | $387,953.80 |
| | | W | 2nd mortgage | $68,678.72 |
| Lot 3 of Morro's Subdivision Germantown, WI | partial interest in fee simple | H | $3,000.00 | |
| 726 N. Ardmore, Villa Park, IL. | fee simple | H | $200,000.00 | $140,984.27 |

Total ->  $663,000.00     (Report also on Summary of Schedules.)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | J | $300.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings including audio, video and computer equipment. | | | J | $4,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | J | $50.00 |
| 6. Wearing apparel. | | | J | $2,000.00 |
| 7. Furs and jewelry. | | | J | $3,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | H | $300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Form B6B, P2 (6-90)

# SCHEDULE B
## PERSONAL PROPERTY

In re:  **Mathis, Patricia and Ronald**          Debtor(s)          Case No.          (if known)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | x | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | x | | | |
| 13. Interest in partnerships or joint ventures. Itemize. | | | | |
| 14. Government and corporate bonds and other negotiable and nonegotiable instruments. | x | | | |
| 15. Accounts receivable. | | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | x | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | x | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | x | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | x | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | x | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | x | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | Ford E250 Van (2002)  Ford Explorer (2000) | H  H | 9,000  7,000 |
| 24. Boats, motors, and accessories. | | | | |
| 25. Aircraft and accessories. | x | | | |
| 26. Office equipment, furnishings, and supplies. | | | | 700. |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | | | 300. |
| 28. Inventory. | | | | |
| 29. Animals. | x | | | |
| 30. Crops - growing or harvested. Give particulars. | x | | | |
| 31. Farming equipment and implements. | x | | | |
| 32. Farm supplies, chemicals, and feed. | x | | | |
| 33. Other personal property of any kind not already listed. Itemize. | x | | | |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules)          Total ->   $

_____ continuation sheets attached

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

or elects the exemptions to which debtor is entitled under (Check one box)

1 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

1 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Ford    250 Van | | 1,200 | 9,000 |
| Ford Explorer | | 1,200 | 7,000 |
| Household goods | | 3,700 | 4,000 |
| Wearing apparel | | 2,000. | 2,000. |
| Furs and jewelry | | 3,000 | 3,000 |
| Firearms, sports, photogric and hobby equipment | | 300 | 300 |

in re: Mathis, Patricia A.    Debtor(s)    Case No.    (if known)
Mathis, Ronald, E.

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| ACCOUNT NO 0031582828 Ocwen Federal Bank P.O.Box 514577 Los Angeles, CA 90051-4599 | | W | House VALUE $460,000.00 | | $387,953.80 | |
| ACCOUNT NO 0031447212 OCWEN Federal Bank P.O.Box 514577 Los Angeles, CA 90051-4577 | | W | 2nd Mortgage VALUE $ | | $68,678.72 | |
| ACCOUNT NO 29028212 Ford Credit P.O.Box 219825 Kansas City, MO 64121-9825 | | H | 2002 Ford E 250 VALUE $ | | $16,010.50 | |
| ACCOUNT NO. 27721320 Ford Credit P.O.Box 219825 Kansas City, MO 64121-9825 | | H | 2000 Ford Explorer VALUE $ | | $14,711.22 | |
| ACCOUNT NO. 137591050 Itasca Bank 308 W. Irving Road Itasca, Illinois 60143 | | H | Commericial Buildings VALUE $ 200,000.00 | | $140,984.27 | |
| ACCOUNT NO. | | | VALUE $ | | | |
| ACCOUNT NO. | | | VALUE $ | | | |
| ACCOUNT NO. | | | VALUE $ | | | |
| ACCOUNT NO. | | | VALUE $ | | | |

_____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal -> (Total of this page) | $ | 628,338.51 |
| Total -> (use only on last page) | $ | 628,338.51 |

(Report total also on Summary of Schedules)

re:    Mathis, Patricia A.                        Debtor(s)        Case No. _____ (if known)
       Mathis, Ronald E.

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ Extensions of credit in an involuntary case
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ Wages, salaries, and commissions
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3)

☐ Contributions to employee benefit plans
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ Certain farmers and fishermen
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ Deposits by individuals
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ Taxes and Certain Other Debts Owed to Governmental Units
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| ACCOUNT NO. | | | | | | |
| | | | Subtotal -> (Total of this page) | | $   -0- | |
| | | | Total -> (use only on last page of the completed Schedule E.) (Report total also on Summary of Schedules) | | $   -0- | |

Continuation sheets attached.

re: Mathis, Patricia A.
Mathis, Ronald E.                              Debtor(s)        Case No.                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 371388597684000 <br> American Express | | J | | | $21,646.49 |
| ACCOUNT NO. 373743087112003 <br> American Express | | H | | | $10,847.06 |
| ACCOUNT NO. 938-007-906-0 <br> BP - Amoco <br> Processing Center <br> Des Moines, IA 50360-6600 | | H | | | $2,070.16 |
| ACCOUNT NO. 4360111013437921 <br> Bank One <br> P.O.Box 15153 <br> Wilmington, DE 19886-5153 | | W | | | $8,570.80 |
| ACCOUNT NO. 4301789200495972 <br> Bank of America <br> P.O.Box 53136 <br> Phoenix, AZ 85072-3136 | | W | | | $9,350.39 |
| ACCOUNT NO. 4301785000793483 <br> Bank Of America <br> P.O.Box 53136 <br> Phoenix, AZ 85072-3136 | | H | | | $8,355.72 |
| ACCOUNT NO. 26-9055-489-1 <br> Carson Pirie Scott <br> P.O.Box 17633 <br> Baltimore, MD 21297-1633 | | W | | | $244.09 |
| ACCOUNT NO. 5477878001322447 <br> Citi <br> P.O.Box 6309 <br> The Lakes, NV 88901-6309 | | H | | | $3,661.90 |
| ACCOUNT NO. 4616570320061567 <br> Citi <br> P.O.Box 6411 <br> The Lakes, NV 88901-6411 | | | | | $5066.67 |

Sheet no. 1 of 4 sheets attached to Schedule of Creditors
Holding Nonpriority Claims.

Subtotal -> $ 69,813.28
(Total of this page)

Total -> $
(use only on last page of completed Schedule F.)
(Report total also on Summary of Schedules)

Form B6 F, Cont. (10-89)

re:    Mathis, Patricia A.
       Mathis, Ronald E.                    Debtor(s)    Case No.              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 5424180212265505 | | | | | |
| Citi P.O.Box 6404 The Lakes, NV 88901-6404 | | H | | | $6,431.08 |
| ACCOUNT NO. 5410654141815313 | | | | | |
| Citi P.O.Box 6404 The Lakes, NV 88901-6404 | | H | | | $4,994.60 |
| ACCOUNT NO. 5211461010031639 | | | | | |
| Chase P.O.Box 52195 Phoenix, AZ 85072-2195 | | H | | | $10,090.13 |
| ACCOUNT NO. 5422432034966253 | | | | | |
| Chase P.O.Box 52195 Phoenix, AZ 85072-2195 | | W | | | $13,020.09 |
| ACCOUNT NO. 3369900819033526 | | | | | |
| Chase P.O.Box 52195 Phoenix, AZ 85072-2195 | | H | | | $9,578.55 |
| ACCOUNT NO. 5260210013969042 | | | | | |
| Chase P.O.Box 52196 Phoenix, AZ 85072-2195 | | W | | | $9,497.53 |
| ACCOUNT NO. 140328592 | | | | | |
| Citgo Processing Center Des Moines, IA 50362-0300 | | H | | | $1,506.17 |
| ACCOUNT NO. 6011007056502742 | | | | | |
| Discover P.O.Box 30395 Salt Lake City, UT 84130-0395 | | W | | | $9,241.45 |
| ACCOUNT NO. 6007360030473225 | | | | | |
| Disney P.O.Box 105980 Dept 25 Atlanta, GA 30353-5980 | | W | | | $1,635.36 |

Sheet no. __2__ of __4__ sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> $ 65,994.96
(Total of this page)

Total -> $
(use only on last page of completed Schedule F.)
(Report total also on Summary of Schedules)

Form B6 F, Cont. (10/89)

re:  Mathis, Patricia A.
     Mathis, Ronald E.

Debtor(s)          Case No.                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H.W.J.C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO. 410125001028660 HFC P.O.Box 17574 Baltimore, MD 21297-1574 | | H | | | $10,710.43 |
| ACCOUNT NO. 6004300909203769 Menards P.O.Box 17602 Baltimore, MD 21297-1602 | | H | | | $3,766.70 |
| ACCOUNT NO. 8224815426 Mobil P.O.Box 4555 Carol Stream, IL. 60197-4555 | | H | | | $298.95 |
| ACCOUNT NO. 5401265407004798 4313015812016923 MBNA P.O.Box 15019 Wilmington, DE 19886-5019 | | H | | | $11,227.49 |
| ACCOUNT NO. 4264290414910510 MBNA P.O.Box 15137 Wilminton, DE 19886-5137 | | W | | | $7,656.31 |
| ACCOUNT NO. 38070114081 Pennys P.O.Box 530945 Atlanta, GA 30352-0945 | | | | | $632.75 |
| ACCOUNT NO. 171665977-4 Phillips 66 Des Moines, IA 50368-9060 | | | | | $411.47 |
| ACCOUNT NO. 366851032810 Retailer National Bank P.O.Box 59231 Minn., MN 55459-0231 | | | | | $1,984.94 |
| ACCOUNT NO. 0156672278777 Sears P.O.Box 182149 Columbus, OH 43218-2149 | | | | | $2,548.76 |

Sheet no. _3_ of _4_ sheets attached to Schedule of Creditors
Holding Nonpriority Claims.

Subtotal -> $ 39,237.80
(Total of this page)

Total -> $
(use only on last page of completed Schedule F.)
(Report total also on Summary of Schedules)

re:    Mathis, Patricia A.                    Debtor(s)        Case No.                    (If known)
       Mathis, Ronald E.

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C U D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| ACCOUNT NO 73-890-2632-4 <br><br> Texaco <br> Processing Center <br> Des Moines, IA 50359-0001 | | H | | | $1,703.88 |
| ACCOUNT NO. 011197738 <br><br> Von Maur <br> P.O.Box 9135 <br> Des Moines, IA 50306-9135 | | W | | | $59.33 |
| ACCOUNT NO. 603220725005796-5 <br><br> Walmart <br> P.O.Box 530927 <br> Atlanta, GA 30353 | | J | | | $2,607.08 |
| ACCOUNT NO. 486236228650714-3 <br><br> Capital One <br> P.O.Box 60000 <br> Seattle, WA 98190-6000 | | W | | | $2,487.00 |
| ACCOUNT NO. E00000322613 <br><br> Elmhurst Hospital <br> P.O.Box 92348 <br> Chicago, IL. 60675-2348 | | H | | | $277.10 |
| ACCOUNT NO. 12636819452 <br><br> Quest Diagnostics <br> P.O.Box 64500 <br> Baltimore, MD 21264-4500 | | H | | | $331.65 |
| ACCOUNT NO. <br><br><br> | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | |
| ACCOUNT NO. <br><br><br> | | | | | |

Sheet no. ___4__ of __4__ sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> (Total of this page)    $  7,466.04

Total -> (use only on last page of completed Schedule F.)    $ 182,512.08
(Report total also on Summary of Schedules)


In re:  Mathis, Patricia A.
        Mathis, Ronald E.

Debtor(s)          Case No.                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

[X] Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
| --- | --- |
| | |

Form B6H (6-94)

n re:   Mathis, Patricia A.                                    Debtor(s)        Case No.                    (if known)
        Mathis, Ronald E.

# SCHEDULE H - CODEBTORS

☒ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I (6/90)

Mathis, Patricia A.
n re:   Mathis, Ronald E.                    Debtor(s)    Case No.           (if known)

## SCHEDULE I – CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| Married | Patricia A. Mathis | 51 | |
| | Ronald E. Mathis | 57 | |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | Auto Ride Cab | Auto Ride Cab |
| How long employed | 26 years | 34 years |
| Address of Employer | 726 N. Ardmore Villa Park, IL. 60180 | 726 N. Ardmore Villa Park, IL. 60180 |

Income:  (Estimate of average monthly income)

| | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 2,000.00 | $ 8,000.00 |
| Estimate monthly overtime | $ | $ |
| SUBTOTAL | $ | $ |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | | |
| b. Insurance | | |
| c. Union dues | | |
| d. Other (Specify) | | |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | $ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,000.00 | $ 8,000.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | | |
| Income from real property | | |
| Interest and dividends | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | |
| Social security or other government assistance (Specify) | | |
| Pension or retirement income | | |
| Other monthly income (Specify) | | |
| TOTAL MONTHLY INCOME | $ 2,000.00 | $ 8,000.00 |

TOTAL COMBINED MONTHLY INCOME    $ 10,000.00    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6-J, Cont. (6-90)

In re: Mathis, Patricia A.
    Mathis, Ronald E.                Debtor(s)    Case No.        (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 5,900. |
| Are real estate taxes included? ☑ Yes ☐ No    Is property insurance included? ☒☒ Yes ☐ No | |
| Utilities Electricity and heating fuel | 300.00 |
|     Water and sewer | 2 50.00 |
|     Telephone | 90.00 |
|     Other | |
| Home maintenance (repairs and upkeep) | |
| Food | 400.00 |
| Clothing | 50.00 |
| Laundry and dry cleaning | 15.00 |
| Medical and dental expenses | 100.00 |
| Transportation (not including car payments) | 600.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc.      newspaper | 13.00 |
| Charitable contributions | |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | |
|     Life | |
|     Health | |
|     Auto | 200.00 |
|     Other | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto           Ford 250 Van | 450.00 |
|     Other         Ford Explorer | 498.00 |
| Alimony, maintenance, and support paid to others | |
| Payments for support of additional dependents not living at your home | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| Other | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 8,866.00 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---|
| A. Total projected monthly income | $10,000.00 |
| B. Total projected monthly expenses | 8,866.00 |
| C. Excess income (A minus B) | $ 1,134.00 |
| D. Total amount to be paid into plan each           (interval) | $ 1,134.00 |

# UNITED STATES BANKRUPTCY COURT

### DISTRICT OF

In re:  Mathis, Patricia A.

Mathis, Ronald E.

Debtor(s)   Case No.

Chapter

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. My intention with respect to the property of the estate which secures those consumer debts is as follows:

    a. *Property to Be Surrendered.*

| Description of property | Creditor's name | H, W or J |
|---|---|---|
|  | OCWEN |  |

b. Property to Be Retained (Specify Reaff'd, Red'd or Exempt to state debtor's intention concerning reaffirmation, redemption, or lien avoidance*.)

| Description of property | Creditor's name | Reaff'd Red'd Exempt |
|---|---|---|
| Ford E250 Van | Ford Credit | Reaff'd |
| Ford Explorer | Ford Credit | Reaff'd |
| House at 1396 Lilac Lane, Addison, Ill. | OCWEN Federal Bank | Reaff'd |
| Lot 3 of Moor's Subdivision, Germantown, WI | N/A |  |
| Building at 726 Ardmore, Villa Park, IL | Itasca Bank | Reaff'd |

3. I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date:

......*Patricia Mathis*......
Signature of Debtor

......*Ronald E. Mathis*......
Signature of Debtor

* **Reaff'd** - Debt will be reaffirmed pursuant to § 524(c)

**Red'd** - Property is claimed as exempt and will be redeemed pursuant to § 722

**Exempt** - Lien will be avoided pursuant to § 522(f) and property will be claimed as exempt

Form B6 Cont. (6-90)

n re:   Mathis, Patricia A.
    Mathis, Ronald E.

Debtor(s)    Case No.

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that

(Total shown on summary page plus 1.)

they are true and correct to the best of my knowledge, information, and belief.

Date

Signature: *Patricia Mathis*

Debtor

Date

Signature: *Ronald E Mathis*

(Joint Debtor, if any)

(If joint case, both spouses must sign.)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

(Total shown on summary page plus 1.)

Date

Signature: _____

(Pint or type name of individual signing on behalf of debtor.)

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

Form 7 Stmt. of Financial
Affairs Case 04-25224   Doc 1   Filed 07/06/04   Entered 07/07/04 09:07:17   Desc 2-Petition
Page 19 of 25

Julius Blumberg, Inc.
NYC 10013

UNITED STATES BANKRUPTCY COURT                    DISTRICT OF

                                                                    Debtor(s)          Case No.

In re:   **Mathis, Patricia A.**
         **Mathis, Ronald E.**

                                                 STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the invididual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. **Each question must be answered. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

☐ None   **1. Income from Employment or Operation of Business**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE (if more than one).

| | | |
|---|---|---|
| (Current Year)  2003 | N/A |
| (Last year)  2002 | $25,759.00 |
| ( 2 years age) 2001 | $34,000.00 |

☐ None   **2. Income Other than from Employment or Operation of Business**

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give AMOUNT and SOURCE.

**3. Payments to Creditors**

☐ None   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR, DATES OF PAYMENTS, AMOUNT PAID and AMOUNT STILL OWING.

X☐ None   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR, DATE OF PAYMENT, AMOUNT PAID and AMOUNT STILL OWING.

**4. Suits, Executions, Garnishments and Attachments**

X☐ None   a. List all suits to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)
Give CAPTION OF SUIT AND CASE NUMBER, NATURE OF PROCEEDING, COURT AND LOCATION and STATUS OR DISPOSITION.

☐ None   b. Describe all property that has been attached, garnished, or seized under any legal or equitable process within **one year**

nmediately preceding the commencement of this case. (Married
ebtors filing under chapter 12 or chapter 13 must include informa-
on concerning property of either or both spouses whether or not
joint petition is filed, unless the spouses are separated and a joint
etition is not filed.)

ive NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS
EIZED, DATE OF SEIZURE and DESCRIPTION AND VALUE OF PROPERTY.

X  None    5. Repossessions, Foreclosures, and Returns

..ist all property that has been repossessed by a creditor, sold at a
oreclosure sale, transferred through a deed in lieu of foreclosure
or returned to the seller, within one year immediately preceding the
commencement of this case. (Married debtors filing under chapter
12 or chapter 13 must include information concerning property of
either or both spouses whether or not a joint petition is filed, unless
.he spouses are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF CREDITOR OR SELLER, DATE OF REPOSSES-
SION, FORECLOSURE SALE, TRANSFER OR RETURN and DESCRIPTION AND
VALUE OF PROPERTY.

**6. Assignments and Receiverships**

X  None    a. Describe any assignment of property for the benefit
of creditors made within 120 days immediately preceding the com-
mencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include any assignment by either or both spouses
whether or not a joint petition is filed, unless the spouses are sepa-
rated and a joint petition is not filed.)

Give NAME AND ADDRESS OF ASSIGNEE, DATE OF ASSIGNMENT and TERMS
OF ASSIGNMENT OR SETTLEMENT.

X  None    b. List all property which has been in the hands of a
custodian, receiver, or court-appointed official within one year im-
mediately preceding the commencement of this case. (Married debt-
ors filing under chapter 12 or chapter 13 must include information
concerning property of either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint peti-
tion is not filed.)

Give NAME AND ADDRESS OF CUSTODIAN, NAME AND LOCATION OF COURT,
CASE TITLE & NUMBER, DATE OF ORDER and DESCRIPTION AND VALUE OF
PROPERTY.

X  None    7. Gifts

List all gifts or charitable contributions made within one year im-
mediately preceding the commencement of this case except ordinary
and usual gifts to family members aggregating less than $200 in value
per individual family member and charitable contributions aggregating
less than $100 per recipient. (Married debtors filing under chapter
12 or chapter 13 must include gifts or contributions by either or both
spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF PERSON OR ORGANIZATION, RELATIONSHIP
TO DEBTOR, IF ANY, DATE OF GIFT, and DESCRIPTION AND VALUE OF GIFT.

X  None    8. Losses

List all losses from fire, theft, other casualty or gambling within
one year immediately preceding the commencement of this case or
since the commencement of this case. (Married debtors filing un-
der chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed.)

Give DESCRIPTION AND VALUE OF PROPERTY, DESCRIPTION OF CIRCUM-
STANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE,
GIVE PARTICULARS and DATE OF LOSS.

☐  None    9. Payments Related to Debt Counseling or
Bankruptcy

List all payments made or property transferred by or on behalf of
the debtor to any persons, including attorneys, for consultation con-
cerning debt consolidation, relief under the bankruptcy law or prepa-
ration of a petition in bankruptcy within one year immediately
preceding the commencement of this case.

Give NAME AND ADDRESS OF PAYEE, DATE OF PAYMENT, NAME OF PAYOR
IF OTHER THAN DEBTOR and AMOUNT OF MONEY OR DESCRIPTION AND
VALUE OF PROPERTY.

X  None    10. Other Transfers

List all other property, other than property transferred in the ordi-
nary course of the business or financial affairs of the debtor, trans-
ferred either absolutely or as security within one year immediately
preceding the commencement of this case. (Married debtors filing
under chapter 12 or chapter 13 must include transfers by either or
both spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed.)

Give NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR,
DATE, and DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED.

John Steven Cole & Associates, P.C.
100 S. York St., Suite 220
Elmhurst, Illinois 60126

Legal Fee:    $ 1,200.

Filing Fee:       194.

☒ None    **11. Closed Financial Accounts**

ist all financial accounts and instruments held in the name of the
:btor or for the benefit of the debtor which were closed, sold, or
herwise transferred within one year immediately preceding the com-
encement of this case. Include checking, savings, or other finan-
al accounts, certificates of deposit, or other instruments; shares
id share accounts held in banks, credit unions, pension funds,
>operatives, associations, brokerage houses and other financial in-
itutions. (Married debtors filing under chapter 12 or chapter 13 must
iclude information concerning accounts or instruments held by or
>r either or both spouses whether or not a joint petition is filed,
nless the spouses are separated and a joint petition is not filed.)
ive NAME AND ADDRESS OF INSTITUTION, TYPE AND NUMBER OF AC-
OUNT AND AMOUNT OF FINAL BALANCE and AMOUNT AND DATE OF SALE
IR CLOSING.

☒ None    **12. Safe Deposit Boxes**

.ist each safe deposit or other box or depository in which the deb-
or has or had securities, cash, or other valuables within one year
mmediately preceding the commencement of this case. (Married deb-
ors filing under chapter 12 or chapter 13 must include boxes or
lepositories of either or both spouses whether or not a joint petition
s filed, unless the spouses are separated and a joint petition is not
iled.)
ive NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY, NAMES AND
\DDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY, DESCRIPTION
)F CONTENTS and DATE OF TRANSFER OR SURRENDER, IF ANY.

☒ None    **13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt
>r deposit of the debtor within 90 days preceding the commence-
ment of this case. (Married debtors filing under chapter 12 or chap-
ter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are sepa-
rated and a joint petition is not filed.)
Give NAME AND ADDRESS OR CREDITOR, DATE OF SETOFF and AMOUNT OF
SETOFF.

☒ None    **14. Property Held for Another Person**

List all property owned by another person that the debtor holds or
controls.
Give NAME AND ADDRESS OF OWNER, DESCRIPTION AND VALUE OF
PROPERTY and LOCATION OF PROPERTY.

☒ None    **15. Prior Address of Debtor**

If the debtor has moved within the two years immediately preceding
the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement
of this case. If a joint petition is filed, report also any separate ad-
dress of either spouse.
Give ADDRESS, NAME USED and DATES OF OCCUPANCY.

The following questions are to be completed as shown below.*

**16. Nature, Location and Name of Business***

☐ None    a. If the debtor is an individual, list the names and ad-
dresses of all businesses in which the debtor was an officer, direc-
tor, partner, or managing executive of a corporation, partnership,
sole proprietorship or was a self-employed professional within the
two years immediately preceding the commencement of this case,
or in which the debtor owned 5 percent or more of the voting or
equity securities within the two years immediately preceding the com-
mencement of this case.

b. If the debtor is a partnership, list the names and addresses of all
businesses in which the debtor was a partner or owned 5 percent
or more of the voting securities, within the two years immediately
preceding the commencement of this case.

c. If the debtor is a corporation, list the names and addresses of all
businesses in which the debtor was a partner or owned 5 percent
or more of the voting securities within the two years immediately
preceding the commencement of this case.
Give NAME, ADDRESS, NATURE OF BUSINESS and BEGINNING AND ENDING
DATES OF OPERATION.

Auto Ride Cab
DuPage Prestige Limo
726 N. Ardmore
Villa Park, IL. 60181

**17. Books, Records, and Financial Statements**

☐ None    a. List all bookkeepers and accountants who within the
six years immediately preceding the filing of this bankruptcy case
kept or supervised the keeping of books of account and records of
the debtor.
Give NAME AND ADDRESS and DATES SERVICES RENDERED.

Dave Dick
9747 Business PR    Ave.
San Diego, CA 92131          1995 to present

*These questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the two years immediately preceding the commencement of this case, any of the
following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.
(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the two years immediately preceding the commencement of this case.)
3076-3B ©1991 Julius Blumberg, Inc.

☒ None    b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

Give NAME, ADDRESS and DATES SERVICES RENDERED.

☒ None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

Give NAME and ADDRESS.

☒ None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

Give NAME AND ADDRESS and DATE ISSUED.

**18. Inventories**

☐ None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

Give DATE OF INVENTORY, INVENTORY, SUPERVISOR and DOLLAR AMOUNT OF INVENTORY (specify cost, market or other basis).

☒ None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

Give DATE OF INVENTORY and NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS.

**19. Current Partners, Officers, Directors and Shareholders**

☐ None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

Give NAME AND ADDRESS, NATURE OF INTEREST and PERCENTAGE OF INTEREST.

DuPage Prestige Limo
Roger Davis 50%

☐ None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting securities of the corporation.

Give NAME AND ADDRESS, TITLE and NATURE AND PERCENTAGE OF STOCK OWNERSHIP.

Ronald E. Mathis President
Roger Davis, Secretary

**20. Former Partners, Officers, Directors and Shareholders**

☒ None    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

Give NAME, ADDRESS and DATE OF WITHDRAWAL.

☒ None    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

Give NAME AND ADDRESS, TITLE and DATE OF TERMINATION.

☒ None    **21. Withdrawals from a Partnership or Distributions by a Corporation**

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

Give NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR, DATE AND PURPOSE OF WITHDRAWAL, and AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY.

---

**Unsworn Declaration under Penalty of Perjury.**

*(If completed by an individual or individual and spouse)*  I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

_____    _____    _____    _____
Date                 Signature of Debtor                    Date            Signature of Joint Debtor (if any)

*(If completed on behalf of a partnership or corporation)*  I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

_____    _____    _____
Date                 Signature                    Print Name and Title

*(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)*

_____ continuation sheets attached

**Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§152 and 3571.**

3076-4 ©Julius Blumberg, Inc.

**NITED STATES BANKRUPTCY COURT**                    **DISTRICT OF**

re      Mathis, Patricia and Ronald          Debtor(s)          Case No. _____          (If Known)

# STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a)  for legal services rendered or to be rendered in contemplation of and in connection
        with this case                                                    Retainer:    $ 1,200.00 _____

    (b)  prior to filing this statement, debtor(s) have paid                      $ 1,200.00 _____

    (c)  the unpaid balance due and payable is                                   $ not yet determined

(3)  $ 194.00 of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

    (a)  analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
        petition under title 11 of the United States Code.

    (b)  preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

    (c)  representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and      none other

(6)  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and      none other

(7)  The undersigned has received no transfer, assignment or pledge of property execept the following for the value stated:

        -0-

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

        -0-

Dated: 7-6-2004          Respectfully submitted, _____  *Attorney for Petitioner*

*Attorney's name and address* John Steven Cole & Assoc P.C.  100 S. York St, Elmhurst, IL
        60126

© 1991 JULIUS BLUMBERG, INC., NYC 10013

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### NOTICE TO INDIVIDUAL CONSUMER DEBTOR

04 JUL -6 PM

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

_Ronald E. Mather_      6/9/04

| Debtor's Signature | Date | Case Number |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

04 JUL -6 PM 5:02

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re: *Ronald and Patricia Mathis* Bankruptcy Case Number: _____

**VERIFICATION OF CREDITOR MATRIX**

Number of Creditors: _____

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Dated: _7-6-04_

X _____
                Debtor

X _____
             Joint Debtor