UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| InRe: | ) |
| | ) |
| | ) Case No. 04-25224 |
| Debtor(s). | ) Chapter 13 |
| | ) Judge Squires |

ORDER ALLOWING COMPENSATION FOR REPRESENTATION
OF CHAPTER 13 DEBTOR

On the application of debtor(s)' counsel for compensation for representing the debtor in this case, the court grants the application based on its finding that the allowance is reasonable under the provisions of 11 U.S.C. § 330(a), as follows:

Movant is awarded the sum of $2173.87 as compensation in addition to previously awarded fees as set forth in the court's order of October 24, 2005. Such fees are awarded for services rendered during the pendency of the Debtor's chapter 13 case and shall be accorded the appropriate priority.

ENTER:_____

DATE:_____

Richard L. Hirsh
Richard L. Hirsh & Associates, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630 434-2600
Atty. #1225936

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

The Honorable Judge John H. Squires                Hearing Date: February 23, 2007

Bankruptcy Case No. 04 B 25224                     Adversary No.

Title of Case:  In Re the Matter of: Ronald Mathis and Patricia Mathis, Debtors.

Brief Statement of Motion:    Application for Compensation

Name and Address of Moving Counsel:    Richard L. Hirsh
                                       Richard L. Hirsh & Associates
                                       1500 Eisenhower Lane, Suite 800
                                       Lisle, Illinois 60532
                                       Telephone: (630) 434-2600

Representing: Ronald Mathis and Patricia Mathis

## ORDER

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____