IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE
      PATRICIA MATHIS      )
      RONALD MATHIS       ) 04-B-25224
                                             ) CHAPTER 7
                                             ) JUDGE SQUIRES

## DEBTORS' REPORT PURSUANT TO BANKRUPTCY RULE 1019

      Debtors Patricia Mathis and Ronald Mathis, by their attorney Richard L. Hirsh, make the following Report pursuant to Bankruptcy Rule 1019:

1. Unpaid Debts incurred after the filing of the petition and before the conversion (includes debts only during the chapter 13:

      Liability as guarantor of debts of Auto-Ride Cab, Inc., accounts as follows:

      Home Depot account # 6035322005770437      $ 2091.60
      Sam's Club account #6032205090249820085      $6062.70

2. Debtor has not acquired any property or assets since the filing of the petition.

3. Debtors entered into a lease for their current residence at 152 Constitution Drive, Bloomingdale, IL, in May, 2005. That lease is currently expired and debtors reside there on a month-to-month basis. The name of the landlord is R. Parvez. The monthly rent is $1400.00.

                                                                         PATRICIA MATHIS
                                                                         RONALD MATHIS

                                                                         BY: /s/ Richard L. Hirsh

Richard L. Hirsh
Richard L. Hirsh & Associates, P.C.
1500 Eisenhower Lane, #800
Lisle, IL 60532
630 434-2600
Atty. #1225936