UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 25224
    PATRICIA A MATHIS
    RONALD E MATHIS                       CHAPTER 13

                                          JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-4943    SSN XXX-XX-6599
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 01/28/05 and confirmed on 04/22/05.

2. The case was converted to Chapter 7 after confirmation, 10/06/2006.

3. The Debtor paid a total of $ 31410.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| WELLS FARGO BANK | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN FEDERAL BANK FSB | SECURED | .00 | .00 | .00 |
| ITASCA BANK & TRUST | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| FORD MOTOR CREDIT CO | SECURED | .00 | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 22503.65 | .00 | 5339.03 |
| AMERICAN EXPRESS | UNSECURED | 11105.20 | .00 | 2634.98 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 305.49 | .00 | 72.50 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11930.79 | .00 | 2830.59 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14470.85 | .00 | 3433.24 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10924.87 | .00 | 2591.94 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 10796.01 | .00 | 2561.37 |
| DISNEY | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| MENARDS | UNSECURED | NOT FILED | .00 | .00 |
| MOBIL OIL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12347.83 | .00 | 2929.54 |

```
ECAST SETTLEMENT CORPORA  UNSECURED       8425.32              .00        1998.91
JC PENNEY                 UNSECURED     NOT FILED              .00            .00
PHILLIPS 66               UNSECURED     NOT FILED              .00            .00
RETAILERS NATIONAL BANK   UNSECURED     NOT FILED              .00            .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED     NOT FILED              .00            .00
TEXACO                    UNSECURED     NOT FILED              .00            .00
VON MAUR                  UNSECURED     NOT FILED              .00            .00
WALMART                   UNSECURED     NOT FILED              .00            .00
CAPITAL ONE FINANCIAL     UNSECURED       2841.50              .00         674.15
ELMHURST MEMORIAL HOSPIT  UNSECURED     NOT FILED              .00            .00
QUEST DIAGNOSTICS         UNSECURED     NOT FILED              .00            .00
CAPITAL ONE FINANCIAL     UNSECURED        974.10              .00         245.34
```

Summary of disbursements:

----------------------------------------------------------------------------

|                    | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 106625.61 | .00 | 106625.61 |
| PRINCIPAL PAID     | .00 | .00 | 25311.59  | .00 | 25311.59  |
| INTEREST PAID      | .00 | .00 | .00       | .00 | .00       |
| TOTAL PAID         | .00 | .00 | 25311.59  | .00 | 25311.59  |

The Debtor's attorney, RICHARD L HIRSH                   , was allowed $   7335.62
and was paid $   2488.67  direct and $    4846.95  through the plan.

The Trustee received $   1251.46 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 01/24/07                 /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE



                              PAGE   2
     CASE NO. 04 B 25224 PATRICIA A MATHIS & RONALD E MATHIS