# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NORTHERN ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MATHIS, PATRICIA A | ) | CASE NO. 04-25224 |
| MATHIS, RONALD E | ) | |
| Debtor(s). | ) | Hon. JOHN H. SQUIRES |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   DuPage County Courthouse, Courtroom 4016, 505 N. County Farm Road, Wheaton, Illinois 60187

    On: **May 15, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $364,835.76 |
    | Disbursements | $353,787.29 |
    | Net Cash Available for Distribution | $11,048.47 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| DAVID R. BROWN<br>Trustee | $19,193.83 | $1,965.77 | $0.00 |
| SPRINGER, BROWN, COVEY, GAERTNER &<br>Attorney for Trustee | $13,681.00 | $0.00 | $0.00 |

Certificate of Service   Page 2 of 5

| | | | |
|---|---|---|---|
| ALAN D. LASKO & ASSOCIATES, P.C.<br>Accountant for Trustee | $2,026.10 | $2,847.80 | $34.68 |

5.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% .

Allowed priority claims are:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Richard L. Hirsh<br>Attorney for Debtor | $7,346.95 | $2,173.87 | $0.00 |

6.  Claims of general unsecured creditors totaling $182,756.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.20% .

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | SMC | $305.49 | $6.73 |
| | ECAST SETTLEMENT CORPORATION, ASSIG | $13,797.85 | $304.07 |
| | GE MONEY BANK | $3,017.93 | $66.51 |
| | ECAST SETTLEMENT CORPORATION, ASSIG | $12,347.83 | $272.12 |
| | DISCOVER BANK | $10,796.01 | $237.92 |
| | American Express Trav Rel Ser | $22,503.65 | $495.93 |
| | CAPITAL ONE FSB | $974.10 | $21.47 |
| | Citibank (South Dakota) NA | $1,506.17 | $33.19 |
| | Citibank ( South Dakota ) N.A. | $3,895.19 | $85.84 |
| | Citibank (South Dakota). N.A. | $486.61 | $10.72 |
| | Citibank (South Dakota). N.A. | $2,031.26 | $44.76 |
| | CHASE BANK USA, N.A. | $9,358.13 | $206.23 |
| | CAPITAL ONE FSB | $2,841.50 | $62.62 |
| | ECAST SETTLEMENT CORPORATION, ASSIG | $10,924.87 | $240.76 |
| | CHASE BANK USA, N.A. | $11,317.54 | $249.41 |
| | ECAST SETTLEMENT CORPORATION, ASSIG | $11,930.79 | $262.93 |
| | AMERICAN EXPRESS CENTURION BANK | $11,105.20 | $244.73 |

| | | |
|---|---:|---:|
| Citibank (South Dakota). N.A. | $2,397.88 | $52.85 |
| GE MONEY BANK | $673.13 | $14.83 |
| ECAST SETTLEMENT CORPORATION, ASSIG | $8,425.32 | $185.67 |
| ECAST SETTLEMENT CORPORATION ASSIGN | $8,840.01 | $194.81 |
| ECAST SETTLEMENT CORPORATION ASSIGN | $9,626.82 | $212.16 |
| ECAST SETTLEMENT CORPORATION, ASSIG | $9,182.26 | $202.36 |
| ECAST SETTLEMENT CORPORATION, ASSIG | $14,470.85 | $318.90 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

Dated: **April 8, 2009**              For the Court,

                                By:   **KENNETH S. GARDNER**
                                      Kenneth S. Gardner
                                      Clerk of the U.S. Bankruptcy Court
                                      219 S. Dearborn Street; 7th Floor
                                      Chicago, IL 60604

Trustee:     David R. Brown
Address:     400 South County Farm Road
             Suite 330
             Wheaton, IL  60187
Phone No.:   (630) 510-0000

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2                  Date Rcvd: Apr 08, 2009
Case: 04-25224                Form ID: pdf002             Total Served: 55

The following entities were served by first class mail on Apr 10, 2009.
db/jdb        +Patricia A Mathis,   Ronald E Mathis,   152 Constitution,   Bloomingdale, IL 60108-1460
aty           +Richard L Hirsh,   Richard L Hirsh & Associates PC,   1500 Eisenhower Lane,   Suite 800,
               Lisle, IL 60532-2135
tr            +David R Brown, ESQ,   Springer Brown Covey Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
8271493       +American Express,   c/o Becket and Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
9056978        American Express Centurion Bank,   c/o Becket and Lee, LLP,   P.O. Box 3001,
               Malvern, PA 19355-0701
9048501        American Express Travel Related Services Co., Inc.,   c/o Becket and Lee, LLP,   P.O. Box 3001,
               Malvern, PA 19355-0701
8271494        BP Amoco,   Processing Center,   Des Moines, IA 50300-6600
8271496        Bank One,   P.O. Box 15153,   Wilmington, DE 19886-5153
8271495        Bank of America,   P.O. Box 53136,   Phoenix, AZ 85072-3136
8271497        Capital One,   P.O. Box 60000,   Seattle, WA 98190-6000
9350387       +Capital One FSB,   PO Box 85167,   Richmond VA 23285-5167
8271498        Carson Pirie Scott,   P.O. Box 17633,   Baltimore, MD 21297-1633
8271500        Chase,   P.O. Box 52195,   Phoenix, AZ 85072-2195
11192401       Chase Bank USA, N.A.,   PO BOX 15145,   Wilmington, DE 19850-5145
8271501       +Citgo,   Processing Center,   Des Moines, IA 50362-0001
11187235       Citibank ( South Dakota ) N.A.,   Exception Payment Processing,   P.O. Box 6305,
               The Lakes, NV 88901-6305
8271499       +Citibank (South Dakota) NA,   DBA Shell,   4740 121st St,   Urbandale, IA 50323-2402
11164228      +Citibank (South Dakota). N.A.,   DBA: Citgo,   4740 121st ST,   Urbandale, Ia 50323-2402
11164227      +Citibank (South Dakota). N.A.,   DBA: Conoco,   4740 121st ST,   Urbandale, Ia 50323-2402
11164221      +Citibank (South Dakota). N.A.,   DBA: Texaco,   4740 121st ST,   Urbandale, Ia 50323-2402
8271503        Disney,   P.O. Box 105980 Dept 25,   Atlanta, GA 30352-5980
8271505        Ford Credit,   P.O. Box 219825,   Kansas City, MO 64121 9825
9004456        Ford Motor Credit,   PO Box 537901,   Livonia, MI  48153-7901
9369372       +Ford Motor Credit Company,   P.O. Box 55000,   Detroit, MI 48255-0001
8271506        HFC,   P.O. box 17574,   Baltimore, MD 21297-1574
8271507       +Itasca Bank,   308 W. Irving Park Road,,   Itasca, IL 60143-2193
8725745       +Itasca Bank & Trust Co,   Moss and Bloomberg Ltd,   305 W Briarcliff Road,
               Bolingbrook, IL 60440-2856
9093954       +JPMORGAN CHASE BANK as trustee for,   Home Equity Mortgage Trust Series 2002-3,
               Ocwen Federal Bank FSB,   Attn Bankruptcy Department,   12650 Ingenuity Drive,
               Orlando FL 32826-2717
8271492       +John Steven Cole & Assoc. P. C.,   100 S. York St., #220,   Elmhurst, IL 60126-3440
8271508       +MBNA,   P.O. Box 15137,   Wilmington, DE 19850-5137
8271509        Menards,   P.O. Box 17602,   Baltimore, MD 21297-1602
8271510        Mobil,   P.O. Box 4555,   Carol Stream, IL 60197-4555
9706812       +Ocwen Federal Bank,   PO Box 514577,   Los Angeles CA 90051-4577
8271491       +Patricia A. Mathis,   Ronald E. Mathis,   1396 Lilac Lane,,   Addison, IL 60101-5743
8271513        Phillips 66,   Des Moines, IA 50358-9060
8271514        Quest Diagnostics,   P.O. box 64500,   Baltimore, MD 21264-4500
8271515        Retailers National Bank,   P.O> Box 59231,   Minneapolis, MN 55459-0231
11130664      +Richard L. Hirsh,   Richard L. Hirsh & Associates, P.C.,   1500 Eisenhower Lane, #800,
               Lisle, IL 60532-2135
9122144       ++SMC,   PO BOX 19249,   SUGAR LAND TX 77496-9249
               (address filed with court: SMC,   C/O CARSON PIRIE SCOTT,   PO BOX 19249,   SUGAR LAND TX 77496)
8271516        Sears,   P.O. Box 182149,   Columbus, OH 43218-2149
8271517        Texaco,   Processing Center,   Des Moines, IA 50359-0001
8271518       ++VON MAUR INC,   6565 BRADY STREET,   DAVENPORT IA 52806-2054
               (address filed with court: Von Maur,   P.O. Box 9135,   Des Moines, IA 50306-9135)
8271511       +Wells Fargo Bank NA successor by merger,   to Wells Fargo Bank Minnesota NA etal,
               Ocwen Federal Bank FSB,   attn Bankruptcy Department,   12650 Ingenuity Drive,
               Orlando FL 32826-2717
11179696       eCAST Settlement Corporation assignee of,   Chase Bank USA NA,   POB 35480,
               Newark NJ 07193-5480
11179774       eCAST Settlement Corporation assignee of,   Household Finance Corporation,   POB 35480,
               Newark NJ 07193-5480
9363097        eCAST Settlement Corporation, assignee of,   Chase Manhattan Bank USA, NA,   P.O. Box 35480,
               Newark, NJ  07193-5480
9401653        eCAST Settlement Corporation, assignee of,   MBNA America Bank, N.A.,   P.O. Box 35480,
               Newark, NJ  07193-5480

The following entities were served by electronic transmission on Apr 09, 2009.
12407682      +E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2009 04:20:56      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
8969712        E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2009 04:20:20      DISCOVER BANK,
               DISCOVER FINANCIAL SERVICES,   PO BOX 8003,   HILLIARD OH 43026
8271502        E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2009 04:20:20      Discover,   P.O. Box 30395,
               Salt Lake City, UT 84130-0395
8271504        E-mail/Text: RDEVRIE@EMHC.ORG                           Elmhurst Memorial Hospital,
               P.O. Box 92348,   Chicago, IL 60675-2348
11044425      +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2009 04:19:09      GE Money Bank,   DBA JCPenney,
               Recovery Management Systems Corporation,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
8271512       +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2009 04:19:15      Pennys,   P.O. Box 530945,
               Atlanta, GA 30353-0945
12390899       E-mail/PDF: rmscedi@recoverycorp.com Apr 09 2009 04:20:57
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
8271519       +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2009 04:19:29      Walmart,   P.O. Box 530-927,
               Atlanta, GA 30353-0927
```

```
District/off: 0752-1            User: amcc7              Page 2 of 2              Date Rcvd: Apr 08, 2009
Case: 04-25224                  Form ID: pdf002          Total Served: 55

The following entities were served by electronic transmission (continued)
                                                                                        TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
aty*        +David R Brown, ESQ,    Springer Brown Covey Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
aty*        +David R Brown, ESQ,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
              Suite 330,    Wheaton, IL 60187-4547
9363146*     eCAST Settlement Corporation, assignee of,    Chase Manhattan Bank USA, NA,    P.O. Box 35480,
              Newark, NJ   07193-5480
                                                                                        TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2009**                    **Signature:**   _Joseph Speetjens_